IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 09-21123-CIV-King/Bandstra

| | |
|---|---|
| MICHAEL ABELS, *et al.* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| JPMORGAN CHASE & CO., a foreign profit corporation, | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING AGREED MOTION FOR LIMITED APPEARANCE OF STEPHEN R. MEINERTZHAGEN, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

THIS CAUSE having come before the Court on the Agreed Motion for Limited Appearance of Stephen R. Meinertzhagen, and Consent to Designation, requesting, pursuant to Rule 4(B) of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for a limited appearance of Stephen R. Meinertzhagen in this matter and request to electronically receive notice of electronic filings. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

The Agreed Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings is GRANTED. Stephen R. Meinertzhagen is granted to appear and participate in this action on behalf of JPMorgan Chase & Co., the

Defendant herein. The Clerk shall provide electronic notification of all electronic filings to: Stephen R. Meinertzhagen at smeinertzhagen@burkelaw.com.

DONE AND ORDERED in Chambers at Miami, Miami-Dade County, Florida this 20th day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record

289012/452.248