# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 09-21123-CIV-KING/BANDSTRA

MICHAEL ABELS and )
JACKELINE ABELS, husband and )
wife, on behalf of themselves and all )
persons initially similarly situated, )
                    )
        Plaintiffs, )
                    )
v. )
                    )
JPMORGAN CHASE BANK, N.A., )
a foreign corporation, and )
CHASE HOME FINANCE LLC, )
a foreign limited liability )
company, )
        Defendants. )
_____)

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

      Plaintiffs Michael Abels and Jackeline Abels and Defendants JPMorgan Chase Bank, N.A. and Chase Home Finance LLC, through their respective undersigned counsel, jointly stipulate to the dismissal with prejudice of this action, with each side to bear its own attorneys' fees and costs. The parties request that the Court reserve jurisdiction solely to enforce the terms and conditions set forth in the parties' written settlement agreement.

Dated:   June 7, 2010.

Respectfully submitted,

*Attorneys for Defendants*

*Attorneys for Plaintiffs*

   */s/ Dennis M. Campbell*

   */s/ Robert C. Gilbert*

Dennis M. Campbell
Florida Bar No. 271527
CLARKE SILVERGLATE & CAMPBELL, P.A.
799 Brickell Plaza
Suite 900
Miami, FL  33131
Telephone:     (305) 377-0700
Facsimile:      (305) 377-3001

Robert C. Gilbert
Florida Bar No. 561861
ALTERS|BOLDT|BROWN|RASH|CULMO
4141 NE 2nd Avenue
Suite 201
Miami, Florida 33137
Telephone:     (305) 571-8550
Facsimile:      (305) 571-8558

         *and*

LeAnn Pederson Pope
Stephen R. Meinertzhagen
Michael G. Salemi
BURKE, WARREN, MACAY & SERRITELLA, P.C.
330 North Wabash Avenue
22nd Floor
Chicago, IL  60611-3607
Telephone:     (312) 840-7000
Facsimile:      (312) 840-7900
Email:         lpope@burkelaw.com
               smeinertzhagen@burkelaw.com
               msalemi@burkelaw.com

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 7, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

_/s/Robert C. Gilbert_____

Robert C. Gilbert

Florida Bar No. 561861

## SERVICE LIST

Dennis M. Campbell
CLARKE SILVERGLATE & CAMPBELL, P.A.
799 Brickell Plaza - Suite 900
Miami, FL  33131
Telephone:     (305) 377-0700
Facsimile:      (305) 377-3001
Email:           dcampbell@csclawfirm.com
_Co-Counsel for Defendant_

LeAnn Pederson Pope
Stephen R. Meinertzhagen
Michael G. Salemi
BURKE, WARREN, MACAY & SERRITELLA, P.C.
330 North Wabash Avenue - 22nd Floor
Chicago, IL  60611-3607
Telephone:     (312) 840-7000
Facsimile:      (312) 840-7900
Email:           lpope@burkelaw.com
                 smeinertzhagen@burkelaw.com
                 msalemi@burkelaw.com

_Co-Counsel for Defendants_