UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21123-CIV-KING/BANDSTRA

MICHAEL ABELS and )
JACKELINE ABELS, husband and )
wife, on behalf of themselves and all )
persons initially similarly situated, )
)
Plaintiffs, )            )
v. )
)
JPMORGAN CHASE BANK, N.A., )
a foreign corporation, and )
CHASE HOME FINANCE LLC, )
a foreign limited liability )
company, )
)
Defendants. )
)

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court on the parties' Joint Stipulation for Dismissal With Prejudice. Pursuant to the Joint Stipulation For Dismissal With Prejudice, the Court **ORDERS** that this action is dismissed with prejudice, with all parties to bear their own attorney's fees and costs. The Court reserves jurisdiction solely to enforce the terms and conditions set forth in the parties' written Settlement Agreement and Release. The Clerk shall CLOSE this case.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida this 8 day of June, 2010.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:
Counsel of Record